COLLINS COLLINS MUIR + STEWART LLP

21278

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA WENNINGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; KENNETH R. ELLISON, in his individual and official capacity; JOSEPH A. GARCIA, in his individual and official capacity; CHRISTIE PARKIN, in her individual and official capacity; HOLLY BRUCE, in her individual and official capacity; ROGER PAUL HUMBARGER, in his individual and official capacity; MARCO SALAMANCA, in his individual and official capacity; ARTHUR SEGURA, in his individual and official capacity; MARY ANN LAGUE, in her individual and official capacity; DEREK LOCKLIN, in his individual and official capacity; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-04227-R-MRW<br>*[Assigned to the Hon. R. Gary Klausner in Courtroom 880]*<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**Complaint Filed:** 05/18/2018<br><br>**Trial Date:** 10/08/2019 |

1

**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE**

The Court, having reviewed the Parties' Stipulation to Dismiss With Prejudice, and finding good cause, orders as follows:

- The case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 22, 2019

By: _____
Hon. R. Gary Klausner